# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Latonya Ballard,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Receivables Performance<br>Management LLC.<br><br>　　　　Defendant. | Case No.: 4:20-CV-12373-SDD-CI |

## NOTICE OF SETTLEMENT WITH DEFENDANT
## RECEIVABLES PERFORMANCE MANAGEMENT LCC

　　　Plaintiff and Defendant, Receivables Performance Management, LLC have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Receivables Performance Management, LLC., with prejudice, no later than February 8, 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Gary Nitzkin
　　　　　　　　　　　　　　　　　　　GARY D. NITZKIN (P41155)
　　　　　　　　　　　　　　　　　　　CARL SCHWARTZ (P70335)
　　　　　　　　　　　　　　　　　　　GARY HANSZ (P44956)
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　22142 West Nine Mile Road
　　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　　(248) 353-2882
　　　　　　　　　　　　　　　　　　　Email – gary@crlam.com

## **PROOF OF SERVICE**

      I, Gary D. Nitzkin, hereby state that on December 11, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

      /s/ Gary D. Nitzkin