UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATONYA BALLARD,
    Plaintiff,

Case No. 4:20-CV-12373-SDD-CI

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC.
    Defendant.
_____

## STIPULATION OF DISMISSAL AS TO DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC, WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Receivables Performance Management, LLC, with prejudice and without attorney's fees or costs to either party.

Respectfully submitted,

By: */s/ Gary D. Nitzkin*
GARY D. NITZKIN (P41155)
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Email – gary@crlam.com

By: /s/ Sean P. Flynn
Sean P. Flynn, Esq.
Attorney I.D. No. 220184
One North Franklin, Suite 600
Chicago, IL 60606
Tel: (702) 577-9317
sflynn@grsm.com
*Attorney for Defendant*
*Receivables Performance Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Gary D. Nitzkin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATONYA BALLARD,
    Plaintiff,

Case No. 4:20-CV-12373-SDD-CI

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC.
    Defendant.

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Receivables Performance Management, LLC, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Receivables Performance Management, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: March 25, 2021

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Judge